IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Adam J. Stanton, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv149 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Butler County Sheriff's Department, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 24, 2015 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 11, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's claims against Butler County Sheriff's Department and Butler County Sheriff Richard K. Jones are **DISMISSED** on the grounds that plaintiff has failed to state a claim upon which relief may be granted.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court