IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Adam J. Stanton, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv149 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Butler County Sheriff's Department, et al, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 24, 2015 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 11, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's claims against Defendant Rumpler are DISMISSED for want of prosecution and for failure to obey a Court Order.  This case is here by TERMINATED from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court